ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| GABRIEL BURROWS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign corporation; DOES 1 through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00347-GMN-NJK<br><br>**SUBSTITUTION OF ATTORNEYS FOR DEFENDANT STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** |

Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY in place and stead of MESSNER REEVES, LLP.

DATED this __27_ day of __May__, 2025.

By _____*Jennifer Sharper*__ Claim Specialist_____
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

/ / /

/ / /

156323638.1

## CONSENT TO SUBSTITUTION

M. Caleb Meyer, Esq. and Karie N. Wilson, Esq., hereby agree and consent to the substitution of Robert W. Freeman, Esq. and Francis A. Arenas, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, as sole counsel of record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above-entitled action.

DATED this 27th day of May, 2025.

MESSNER REEVES, LLP

By /s/ M. Caleb Meyer
M. CALEB MEYER
Nevada Bar No. 13379
KARIE N. WILSON
Nevada Bar No. 7957
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

## ACCEPTANCE OF SUBSTITUTION

Robert W. Freeman, Esq. and Francis A. Arenas, Esq. of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby accept the substitution as sole counsel of record for Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, in the above-entitled action.

DATED this 27th day of May, 2025.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Francis A. Arenas
ROBERT W. FREEMAN
Nevada Bar No. 3062
FRANCIS A. ARENAS
Nevada Bar No. 6557
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

IT IS SO ORDERED.
Dated: May 28, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

156323638.1                                2