ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
FRANCIS A. ARENAS
Nevada Bar No. 6557
Francis.Arenas@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| GABRIEL BURROWS, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign corporation; DOES 1 through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00347-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff GABRIEL BURROWS, by and through his counsel, MAIER GUTIERREZ & ASSOCIATES, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS

174647557.1

against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

| | |
|---|---|
| Dated this 10th day of April, 2026 | Dated this 9 day of April, 2026 |
| LEWIS BRISBOIS BISGAARD & SMITH LLP | MAIER GUTIERREZ & ASSOCIATES |
| /s/ *Francis A. Arenas* | /s/ |
| ROBERT W. FREEMAN | DANIELLE A. TARMU |
| Nevada Bar No. 3062 | Nevada Bar No. 11727 |
| FRANCIS A. ARENAS | WILLIAM A. GONZALES, II |
| Nevada Bar No. 6557 | Nevada Bar No. 15230 |
| 6385 S. Rainbow Boulevard, Suite 600 | 8816 Spanish Ridge Avenue |
| Las Vegas, Nevada 89118 | Las Vegas, Nevada 89148 |
| *Attorneys for Defendant State Farm Mutual Automobile Insurance Company* | *Attorneys for Plaintiff* |

## ORDER

**IT IS SO ORDERED.**

Dated this 10 day of _____April_____, 2026.

The Clerk of Court is kindly directed to close this case.

_____
UNITED STATES DISTRICT JUDGE

174647557.1                                        2